# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:08CV218 LG-RHW** |
| | § | |
| **PICAYUNE WOOD TREATING** | § | |
| **SITE/SNYDER PROPERTY** | § | **DEFENDANT** |

## ORDER

BEFORE THE COURT are seven pending motions in this case, all filed by Walter J. Snyder, an "Interested Party." The case was initiated on May 28, 2008 as an Ex Parte Application for Issuance of a Civil Administrative Warrant by the United States on behalf of the United States Environmental Protection Agency, under authority of Section 104(e) of CERCLA, 42 U.S.C. § 9604(e). The Warrant was issued on the same day, and it required the EPA to remove contaminated soil, backfill excavated areas with clean soil, replace a concrete pad and wooden post, and plant grass within three days of issuance. Ct. R. 5 p. 2. The return was filed June 12, 2008, certifying that the work required by the Warrant had been completed. Ct. R. 7. An Order of Dismissal was entered thereafter. Ct. R. 8. Walter J. Snyder then filed a notice of interlocutory appeal. Ct. R. 15.

Since the case has been on appeal, Snyder has filed 26 motions, seven of which remain pending. All of the pending motions relate to Snyder's attempts to have this Court explain its decisions, reconsider the dismissal of this case, or appoint counsel. Further, Snyder has repeatedly contacted the Clerk of Court and Chambers personnel to demand action by the Court. This case has been closed and is currently on appeal before the Fifth Circuit. The continued filing of motions and pleadings at the district court level is an unwarranted drain on this Court's scarce judicial resources. Accordingly, the pending motions will be denied. Mr. Snyder will

refrain from the filing of pleadings or motions in the district court while the matter is on appeal unless granted prior authorization by the Court. Motions mailed to the Clerk of Court without prior approval will be returned by the Clerk. Nothing in this Order shall be construed to prevent or prohibit Mr. Snyder from bringing a separate administrative action or civil proceeding against the EPA or the United States.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the following Motions are **DENIED**:

[45] Motion for Extension of Time for More Definite Statement of the Order of 12/16/08;

[46] Motion to Stay Order of 12-16-08;

[48] Motion for Reconsideration;

[50] Motion for Opinion for Orders;

[51] Motion for leave from Order of December 16, 2008 to the U.S. Supreme;

[52] Motion to Appoint Counsel and Grant Petitioner a PACER Account;

[53] Motion for Extension of Time to File Response/Reply.

**IT IS FURTHER ORDERED AND ADJUDGED** that in the event Walter J. Snyder (or another person on his behalf) presents any document to the Clerk of Court for filing in this case, without prior approval and while it remains closed, the document shall be returned to Walter J. Snyder and not filed.

**SO ORDERED AND ADJUDGED** this the 12th day of January, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE